LORENZ REICH, Appellant, *v.* ALEXANDER S. COCHRAN et al., Individually and as Executors of and Trustees under the Will of WILLIAM F. COCHRAN, Deceased, et al., Respondents.

*Appeal — unanimous affirmance of judgment of Special Term dismissing complaint — appeal without permission dismissed.*

Reich v. *Cochran,* 196 App. Div. 248, appeal dismissed.
(Argued May 8, 1923; decided June 5, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1921, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term.

*Alton B. Parker, F. A. Card, George H. Hamlin* and *George E. Morgan* for appellant.

*Samuel Untermyer, James L. Bishop* and *Percy H. Stewart* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ.    Not voting: CARDOZO, J.